UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>              -v.-<br><br> M/V CORNELIUS MAERSK, et al.,<br><br>                    Defendants. | 24 Civ. 1481 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record during the April 30, 2026 conference, Defendant's

Motion to Dismiss Plaintiff's First Amended Complaint is granted.

The Clerk of Court is directed to terminate ECF No. 13 and close the case.

SO ORDERED.

Dated: May 1, 2026
       New York, New York

JENNIFER H. REARDEN
United States District Judge