# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

ZURICH AMERICAN INSURANCE COMPANY,

|  |  |
|---|---|
| Plaintiff, | 24 **CIVIL** 01481 (JHR) |
| -against- | **<u>JUDGMENT</u>** |

M/V CORNELIUS MAERSK, et al.,

Defendants.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 1, 2026, Defendant's Motion to Dismiss Plaintiff's First

Amended Complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York

May 4, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**